SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:10-cv-03358-KJM-DAD** |
| Plaintiff, | ) **ORDER RE: STIPULATED DISMISSAL** |
| vs. | ) |
| Wells Fargo Bank, National Association, | ) |
| Defendants | ) |

   IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2) and this case is CLOSED.

Date:  August 11, 2011.

_____
UNITED STATES DISTRICT JUDGE